IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                MDL No. 2570

This Document Relates to Plaintiff(s)

__DONALD MILLER_____

Civil Case #_____

**SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

    Donald Miller_____

2. Spousal Plaintiff/Deceased Party's Spouse or other party making loss of consortium claim:

    N/A_____

3. Other Plaintiff and capacity (I.e., administrator, executor, guardian, conservator):

    N/A_____

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    Missouri_____

5. Plaintiff's/Deceased Party's state of resident at the time of injury:

   Missouri

6. Plaintiff's/Deceased Party's current state of residence:

   Missouri

7. District Court and Division in which venue would be proper absent direct filing:

   U.S. District Court for the Eastern District of Missouri

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other:

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

For purposes of remand and trial, venue is proper pursuant to 28 U.S.C. § 1391 in the federal judicial district of Plaintiff's state of residence. A substantial amount of activity giving rise to the claims occurred in this District, and Defendants may be found within this District. Therefore, venue is proper in this jurisdiction under 28 U.S.C. § 1391.

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    ☒ Günther Tulip® Vena Cava Filter

    ☐ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

  ☐ Cook Celect Platinum

  ☐ Other:

11. Date of implantation as to each product:

 October 13, 2021

12. Hospital(s) where Plaintiff was implanted (including City and State):

 Barnes-Jewish Hospital

 St. Louis, MO

13. Implanting Physician(s):

 Vedantham Suresh, M.D.  (Attending Radiologist)

 Jimmy Lufei Xu, M.D.

14. Counts in the Master Complaint Brought by Plaintiff(s):

 ☒ Count I: Strict Products Liability – Failure to Warn

 ☒ Count II: Strict Products Liability – Design Defect

 ☒ Count III: Negligence

 ☒ Count IV: Negligence Per Se

 ☒ Count V: Breach of Express Warranty

 ☒ Count VI: Breach of Implied Warranty

 ☒ Count VII: Violations of Applicable Ohio Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

 ☒ Count VIII: Loss of Consortium

 ☐ Count IX: Wrongful Death

 ☐ Count X: Survival

☒      Count XI:    Punitive Damages

☐      Other:

☐      Other:

15. Attorney for Plaintiff(s):

    Nicholas A. Brown

16. Address and bar information for Attorney for Plaintiff(s):

    MA Bar No. 710417

    BERNHEIM KELLEY & BATTISTA

    Four Court Street

    Plymouth, Massachusetts 02360

                                        Respectfully submitted,

                                        BERNHEIM KELLY & BATTISTA

                                        /s/ Nicholas A. Brown
                                        Nicholas A. Brown, MA Bar No. 710417
                                        Walter Kelley, BBO #670525
                                        BERNHEIM KELLEY & BATTISTA
                                        Four Court Street
                                        Plymouth, Massachusetts 02360
                                        (617) 420-1111
                                        nbrown@realjustice.com
                                        wkelley@realjustice.com

                                        Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 11, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/EMF participants registered to receive service in this MDL.

/s/ Nicholas A. Brown
Nicholas A. Brown